UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RODERICK EARL JOHNSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 09-0120** |
| **DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, ET AL.** | **SECTION "J"(1)** |

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the Plaintiff's **Objections** (Rec. Doc. 5) to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore;

**IT IS ORDERED** that Plaintiff's **Objections** (Rec. Doc. 5) are hereby **OVERRULED.**

**IT IS FURTHER ORDERED** that Plaintiff's habeas corpus claim is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

**IT IS FURTHER ORDERED** that Plaintiff's claims pursuant to 42 U.S.C. § 1983 against the Louisiana Department of Public Safety and Corrections be **DISMISSED WITH PREJUDICE** as barred by the Eleventh Amendment.

**IT IS FURTHER ORDERED** that plaintiff's claims pursuant to 42 U.S.C. § 1983 against all other defendants be **DISMISSED WITH PREJUDICE** to their being asserted again until the Heck conditions are met.

New Orleans, Louisiana, this  12th  day of    February   , 2009.

_____
UNITED STATES DISTRICT JUDGE